Former order, 562 U.S. 813, 131 S. Ct. 404, 178 L. Ed. 2d 269, 2010 U.S. LEXIS 7557.

**No. D-2536. In the Matter of Disbarment of Ira Carlton Hatch, Jr.**

563 U.S. 1006, 131 S. Ct. 2928, 179 L. Ed. 2d 1267, 2011 U.S. LEXIS 3884.

May 23, 2011. Disbarment entered.

Former order, 562 U.S. 813, 131 S. Ct. 404, 178 L. Ed. 2d 269, 2010 U.S. LEXIS 7528.

**No. D-2537. In the Matter of Disbarment of Nicholas Andres Manzini.**

563 U.S. 1006, 131 S. Ct. 2928, 179 L. Ed. 2d 1267, 2011 U.S. LEXIS 4004.

May 23, 2011. Disbarment entered.

Former order, 562 U.S. 813, 131 S. Ct. 404, 178 L. Ed. 2d 269, 2010 U.S. LEXIS 7628.

**No. D-2538. In the Matter of Disbarment of Stephen Leonard Ziegler.**

563 U.S. 1006, 131 S. Ct. 2929, 179 L. Ed. 2d 1267, 2011 U.S. LEXIS 3911.

May 23, 2011. Disbarment entered.

Former order, 562 U.S. 814, 131 S. Ct. 405, 178 L. Ed. 2d 269, 2010 U.S. LEXIS 7597.

**No. 10-7328. John W. Mann, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

563 U.S. 1017, 131 S. Ct. 2927, 179 L. Ed. 2d 1267, 2011 U.S. LEXIS 3906.

May 23, 2011. Motion for leave to file petition for rehearing denied.

Former decision, 562 U.S. 1151, 131 S. Ct. 936, 178 L. Ed. 2d 777, 2011 U.S. LEXIS 437.

**No. 10-10338 (10A1137). In re Donald Edward Beaty, Petitioner.**

563 U.S. 1018, 131 S. Ct. 2929, 179 L. Ed. 2d 1267, 2011 U.S. LEXIS 4013.

May 25, 2011. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

**No. 10-10608 (10A1138). Donald Edward Beaty, Petitioner v. Arizona.**

563 U.S. 1017, 131 S. Ct. 2929, 179 L. Ed. 2d 1267, 2011 U.S. LEXIS 4014.

May 25, 2011. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied.

**No. 10-10675 (10A1153). Donald Edward Beaty, Petitioner v. Janice K. Brewer, Governor of Arizona, et al.**

563 U.S. 1018, 131 S. Ct. 2929, 179 L. Ed. 2d 1267, 2011 U.S. LEXIS 4015.

May 25, 2011. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied. Petition for writ of certiorari denied.

Same case below, 649 F.3d 1071.